1    Ann-Martha Andrews
     State Bar No. 7585
2    LEWIS ROCA ROTHGERBER LLP
     3993 Howard Hughes Parkway, Suite 600
3    Las Vegas, NV  89169-5996
     Tel: 702.949.8200
4    Fax: 702.949.8398
     E-mail:AAndrews@LRRLaw.com
5

6    *Attorneys for Defendant*
     *Standard Insurance Company*

7

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10   John Murphy,                      CASE NO.  2:14-CV-01688-APG-GWF

11                   Plaintiff,    **STIPULATION AND ORDER OF**

12       vs.                               **DISMISSAL**

13   The Standard Insurance Company,

14                   Defendant.

15        The parties, having settled their dispute, stipulate that the Court shall dismiss this

16 matter with prejudice.  Each party will bear its own attorneys' fees and costs.

17        DATED this 21st day of April, 2015.

18   LAW OFFICE OF JULIE A. MERSCH      LEWIS ROCA ROTHGERBER LLP

19

20   By */s/ Julie A. Mersch*              By */s/ Ann-Martha Andrews*
      JULIE A. MERSCH                   ANN-MARTHA ANDREWS
21     Nevada Bar No. 4695                 Nevada Bar No. 7585
      701 S. 7th Street                     TODD D. ERB
22     Las Vegas, Nevada  89101           Nevada Bar No. 12203
      *Attorney for Plaintiff*              3993 Howard Hughes Parkway,
23                                          Suite 600
24                                          Las Vegas, Nevada  89169
                                         *Attorneys for Defendant*
25

26                                 **IT IS SO ORDERED:**

27                               _____
                                UNITED STATES DISTRICT JUDGE
28                                 Dated:  April 21, 2015

*LEWIS ROCA ROTHGERBER*
*3993 Howard Hughes Parkway, Suite 600*
*Las Vegas, NV  89169-5996*

5715286_1